UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIU GAVRILIUC,<br><br>Plaintiff,<br><br>vs.<br><br>TEKSYSTEMS, INC., a Maryland Corporation; TEKSYSTEMS GLOBAL SERVICES, LLC, a Maryland Limited Liability Company; PERSPECTA ENTERPRISE SOLUTIONS, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-02164<br><br>**ORDER RE JOINT STIPULATION FOR ENTRY OF PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT**<br><br>Hon. Josephine L. Staton |

///

Having considered the Parties' Joint Stipulation for Entry of a Protective Order and Confidentiality Agreement, the Parties' request is GRANTED. The Parties shall abide by the terms and conditions of their Agreement.

IT IS SO ORDERED.

Dated: August 10, 2021

_____
Honorable Douglas F. McCormick
United States Magistrate Judge