UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIU GAVRILIUC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TEKSYSTEMS, INC., a Maryland Corporation; TEKSYSTEMS GLOBAL SERVICES, LLC, a Maryland Limited Liability Company; PERSPECTA ENTERPRISE SOLUTIONS, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 8:20-cv-02164-JLS (DFMx)<br><br>**JUDGMENT** |

This Court, having granted Defendant Perspecta Enterprise Solutions LLC's Motion for Summary Judgment, hereby ORDERS AND ADJUDGES that Plaintiff's claims are dismissed with prejudice and judgment is entered in favor of Defendant.

DATED: May 24, 2022

JOSEPHINE L. STATON
_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE